IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00689-MSK-MEH

RICHARD SHIVES, and
CHRISTIN SHIVES,

      Plaintiffs,

v.

TIBURON FINANCIAL, LLC, a Nebraska limited liability company,

      Defendant.

_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

      THE COURT having reviewed the Notice of Dismissal with Prejudice **(#5)** pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay its own attorney's fees and costs.

      Dated this 26th day of April 2006.

      **BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge